# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GRANT PEABODY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-cv-01433-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed September 12, 2014, Plaintiff Jeffrey Grant Peabody, by his attorneys Newel Law, seeks to proceed *in forma pauperis*. Plaintiff submitted a puzzling declaration in which he claims no income or assets but claims to support his wife, who "only rec[ei]ves $733.00 monthly." Doc. 2 at 2. Plaintiff then adds, "[I]t takes all of mine to survive each month." *Id.*  As a result, the Court is unable to conclude with any confidence the amount or source(s) of Plaintiff's income or support, or the full amount of his assets or expenses.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of Court within thirty (30) days of this order. In the event that Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss this case for lack of prosecution without further notice.

IT IS SO ORDERED.

　　Dated:　**September 17, 2014**　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1