1  Melissa Newel (#148563)
   NEWEL LAW
2  827 Broadway, Suite 205
   Oakland, CA  94607
3  (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   JEFFREY GRANT PEABODY
6

7  BENJAMIN B. WAGNER
   United States Attorney
8  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
9  Social Security Administration

10 ARMAND D. ROTH (#214624)
   Special Assistant United States Attorney
11 160 Spear Street, Suite 800
12 San Francisco, CA  94105
   (415) 977-8924
13 armand.roth@ssa.gov

14
                         UNITED STATES DISTRICT COURT
15
                         EASTERN DISTRICT OF CALIFORNIA
16

17

18 | JEFFREY GRANT PEABODY, | No.  1:14-CV-01433 (SMS) |
   |---|---|
19 | Plaintiff, | |
20 | v. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE AND SERVE OPENING BRIEF** |
21 | CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
22 | | |
23 | Defendant. | |

24

25

26
          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
27
   with the approval of the Court, that Plaintiff shall have an extension of time of twenty-seven (27)
28

          STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE

1  days to file her Opening Brief in the above-referenced action.  The Opening Brief will now be

2  filed and served on July 29, 2015. Counsel for Plaintiff respectfully requests this additional time

3  due to a heavy workload despite due diligence, in conjunction with selling and moving a primary

4  residence of nineteen years.  Defendant's Responsive Brief will be due on August 29, 2015.

5

6                                             Respectfully submitted,

7  Date: *July 8, 2015*                       NEWEL LAW

8

9                                By:   /s/ `Melissa Newel`
                                       Melissa Newel
10                                     Attorney for Plaintiff
                                       JEFFREY GRANT PEABODY
11

12 Date: *July 8, 2015*                       BENJAMIN B. WAGNER
                                              United States Attorney
13

14                               By:   /s/ `Armand Roth*`
                                       Armand D. Roth
15                                     *By email authorization on July 8, 2015*
                                       Special Assistant United States Attorney
16                                     Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time up to and including July 29, 2015, in which to file and serve her Opening Brief.  Defendant's Response Brief will be due August 29, 2015. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **July 8, 2015**             **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE